# United States District Court
## Violation Notice

WYNP

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7135171 | M. ZAVALETA | 2730 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☐ USC ☐ State Code |
|---|---|
| 09/03/2020  1737 | 36 CFR 4.21 (c) |

Place of Offense

VELL-LAKE- GREBE PIT

Offense Description: Factual Basis for Charge                HAZMAT ☐

SPEEDING 62 IN A 45 MPH ZONE

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| BAROS | BOBBY | M |

Street Address

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| BUES779 | WA | 18 | LEX  NX300 | | SILVER |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 170   Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →**   $ 200   **Total Collateral Due**

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Addr **Yellowstone Justice Center**
105 Albright Avenue
Mammoth, WY 82190

Date (mm/dd/yyyy)

Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)          Original - CVB Copy

7135171

CVB SCAN 09/23/2020 13:27

---

(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a
law enforcement officer in the _____ District of _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The foregoing statement is based upon:

☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
                Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
                Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 09/23/2020 13:27